UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

BONIFACIO ALEJANDRES-SANTOS,

    Petitioner,

    v.

RANDY GROUNDS,

    Respondent.

No. C 13-0406 RS (PR)

**ORDER OF DISMISSAL**

In response to this Court's order to show cause, petitioner has filed a motion to dismiss the action voluntarily (Docket No. 8). Pursuant to this motion, this federal habeas action is dismissed. *See* Fed. R. Civ. P. 41(a)(1); *Hamilton v. Shearson-Lehman American Exp. Inc.*, 813 F.2d 1532, 1534–1536 (9th Cir. 1987). This dismissal is without prejudice. *See* Fed. R. Civ. P. 41(a)(1). The order to show cause is discharged. The Clerk shall enter judgment in favor of respondent, and close the file.

**IT IS SO ORDERED**.

DATED: June 11, 2013

                                            RICHARD SEEBORG
                                            United States District Judge